AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CARPENTERS/MILLWRIGHTS LOCAL
UNION NO. 865, FRED CHAPPELL,
SAM ALTMAN, JEROME ROOKS, JOHN
A. GRAHAM, HARRIET J. SMITH, AND
EDWIN LASHLEY

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV204-57

UNITED BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA, SOUTHEASTERN
CARPENTERS REGIONAL COUNCIL, DOUGLAS
J. MCCARRON, LARRY PHILLIPS, AND WALTER
DARNELL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated August 10, 2006, granting Defendants' motions for summary judgment and declaring the preliminary injunction entered by the Court on May 27, 2004, as the permanent injunction; judgment is hereby entered in favor of the Defendants United Brotherhood of Carpenters and Joiners of America, Southeastern Carpenters Regional Council, Douglas J. McCarron, Larry Phillips, and Walter Darnell.

August 11, 2006
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03